FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2024-1382
LT Case No.2022-305921-CFDB

_____

MICHAEL RAVEN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Elizabeth Ann Blackburn, Judge.

Matthew J. Metz, Public Defender, and John M. Selden,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Daniel P.
Caldwell, Assistant Attorney General, Daytona Beach, for
Appellee.

December 6, 2024

PER CURIAM.

    In this *Anders*[1] appeal, we affirm Appellant's judgment and
sentences entered pursuant to a plea agreement. We remand,

_____

    [1] *Anders v. California*, 386 U.S. 738 (1967).

however, for the trial court to correct the judgment to reflect the offense in Count 2 as sexual battery by a person 18 years or older on a child 12 years of age or older but less than 18 years of age.

AFFIRMED; REMANDED TO CORRECT SCRIVENER'S ERROR.

MAKAR, WALLIS, and BOATWRIGHT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____